IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 27 2007
J.T. NOBLIN, CLERK
BY_____ DEPUTY

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) CIVIL ACTION NO. 1.07cv1111 HSO-JMR |
| v. | ) ) |
| PMT, INC., | ) COMPLAINT ) |
| Defendants. | ) JURY TRIAL DEMANDED ) |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of religion, and to provide appropriate relief to Beronica Canon who was adversely affected by such practices. The Equal Employment Opportunity Commission ("the Commission") alleges that PMT, Inc., ("Defendant") discriminated against Beronica Canon ("Ms.Canon") by refusing to reasonably accommodate her sincerely held religious beliefs and discharging her because of her religion, Holiness. The claim is alleged with more particularity in paragraph seven (7) below.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and 3 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e-5(f)(1) and 3 and 42 U.S.C. §2000e-5(f)(1) and (3) (Title VII), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Southern District of Mississippi, Hattiesburg Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4. At all relevant times, defendant PMT, Inc has been a corporation continuously doing business in the State of Mississippi and continuously had at least 15 employees.

5. At all relevant times, Defendants have continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Ms. Canon filed a charge with the Commission alleging violations of Title VII by defendants PMT, Inc. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. From on or about October 1, 2006 through October 27, 2006, Defendants engaged in unlawful employment practices at its Lucedale, Mississippi facility, in violation of Section703(a)(1) of Title VII, 42 U.S.C. §2000e-2(a)(1). Specifically, Defendants subjected Beronica Canon to discrimination when it failed to accommodate her religion, Holiness, and discharged her because of her sincerely held religious beliefs and practices. More specifically, Ms. Canon informed Defendants that she could not wear pants because of her sincerely held

2

religious belief that she should not wear manly clothing when she . On or about October 1, 2006, approximately six (6) months after she was hired, Defendant told Ms. Canon that she would be terminated if she did not wear pants. Ms. Canon again requested permission to wear a skirt because of her sincerely held religious beliefs and practices. Canon continued to wear her uniform skirts and on or about October 12, 2006, October 20, 2006 and October 25, 2006 she was disciplined for being out of uniform. Canon was terminated on October 27, 2006. Ms. Canon was denied a reasonable religious accommodation and discharged because of her religion, Holiness.

8. The effect of the practices complained of in paragraph seven (7) above has been to deprive Ms. Canon of equal employment opportunities.

9. The unlawful employment practices complained of in paragraph seven (7) above were intentional.

10. The unlawful employment practices complained of in paragraph seven (7) above were done with malice or with reckless indifference to Ms. Canon's federally protected rights.

**PRAYER FOR RELIEF**

WHEREFORE, the Commission respectfully requests that his Court:

A. Grant a permanent injunction enjoining the Defendants, its officers, successors, assigns and all persons in active concert or participation with it from engaging in any employment practices which discriminate on the basis of religion.

B. Order Defendants to institute and carry out policies, practices and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

C. Order the Defendants to make any affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. Order Defendants to make whole Beronica Canon by providing compensation for past and future pecuniary losses, in amounts to be determined at trial.

E. Order Defendants to make whole Beronica Canon by providing compensation for non-pecuniary losses, including emotional pain, suffering, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

F. Order Defendants to pay punitive damages to Beronica Canon in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper.

H. Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial.

Respectfully submitted,

RONALD COOPER
General Counsel

JAMES LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 "L" Street, N.W.
Washington, D.C. 20507

_C. Emanuel Smith_
C. EMANUEL SMITH (MS # 7473)
Regional Attorney

_____
JULIE LEE (DC #433292)
Supervisory Trial Attorney


_____
ERMEA J. RUSSELL (MS # 5739)
Senior Trial Attorney

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Birmingham District Office
1130 22nd Street South, Suite 2000
Birmingham, AL  35205-2886
Telephone:  (205) 212-2062